IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RONALD POOLE, | Civil Action 3:12-cv-196 |
| Plaintiff, | JUDGE: Timothy S. Black |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, INC. | |
| Defendant. | |

### ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS 21st day of August, 2012.

_____
Judge Timothy S. Black